UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Troy Blanding and Family
_____

(In the space above enter the full name(s) of the plaintiff(s).)

-against-

~~Hon~~ N.Y.P.D. Detectives
M. Dominguez, L. Ramos,
K. Johnson, Esq, The City of
New York, The Manhattan New
York District Attorney office
and Esq.
_____

**16CV2594**

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☒ Yes ☐ No
(check one)

RECEIVED SDNY PRO SE OFFICE 2016 APR -6 AM 9:32 S.D. OF N.Y.

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)

**I.   Parties in this complaint:**

A.  List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name **Troy Blanding**
            ID # **None**
            Current Institution **None**
            Address **P.O. Box 31225I Jamaica, N.Y. 11432**

B.  List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name **Detectives M. Dominguez** Shield # **07902**
                  Where Currently Employed **Manhattan N.Y. N.Y.P.D.**
                  Address _____

Rev. 05/2010

1

Defendant No. 2     Name L. Ramos Detective   Shield # 04528
                    Where Currently Employed Manhattan N.Y. N.Y.P.D.
                    Address _____

Defendant No. 3     Name K. Johnson Detective   Shield # 03786
                    Where Currently Employed Manhattan N.Y. N.Y.P.D.
                    Address _____

Defendant No. 4     Name The City of New York   Shield # _____
                    Where Currently Employed Esq.
                    Address _____

Defendant No. 5     Name Manhattan N.Y. District Attorny   Shield # _____
                    Where Currently Employed Esq.
                    Address _____

II.   **Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur?
     ~~_____~~

B.   Where in the institution did the events giving rise to your claim(s) occur?
     ~~_____~~

C.   What date and approximate time did the events giving rise to your claim(s) occur?
     March 20, 2005  time 3:20 p.m.

Rev. 05/2010

2

Conclusive Evidence which was Motivated by way of Jim Crow Racial Hatred, which Are Governed under the Pinkerton Rule

---

## Exhibits

A) This case is to be immediately Returned to HON. Judge Ms. Wood here at the Southern District Federal Court, who dismissed my Prior claims against the Named defendants herein stated for Racial Discrimination and malicious prosecution and Emotional and other Pain and Distress. Also Ms. Wood pro-claimed in my prior Federal claim, if I was going to Return to this court I must Return with such Reversal on direct Appeal, which I have as of April 10, 2014 and a favorable Dismissal from the Defendants, the District Attorney office as of August 5, 2014. Plaintiff is seeking a favorable Summary judgement immediately in this ten (10) year old matter under the 1983, 1985, 1986, 2000 Laws.

(i)

Exhibit

B) On March 20, 2005 some N.Y.P.D. detectives unlawfully attacked me by physical force with First degree Assault and Battery on a manhattan street, then Violently Kidnaped me from a store by way of involentary servitude for six (6) years of unlawful imprisonment and deliberately causing emotional pain and suffering. The defendants Scandalous intent was to commit Malice Aforethought with extreme Mental and physical distress over a six (6) year period of unlawful Kidnaping with-out Probable cause.

Exhibit

C) The defendants Malice Aforethought was a clear cut case of Jim Crows Racial discrimination with extreme Malicious prosecution with terroristic threats by way of false names, police Report, evidental testimony by these detectives M. Dominguez, L. Ramos, K. Johnson and ESQ., who's names was fictitious to begin with at trial with-out probable cause proving plaintiff case of the defendants malice Aforethought by the detectives, The City of New York and The State of New York Manhattan District Attorney office patterns, customs, practices of Racail Hatred and Malicious prosecution against African American plaintiff and his Race.

(2)

Exhibit
------

D) THe defendant's unlawful scheme of Arrest and imprisonment was egregious and shattering and humiliating emotional and physically and it collapsed under the Appeal's court scrutiny, which made them overturn the plaintiff criminal case of hideous misconduct's of conspiracy and Racial discrimination and Malicious prosecution that was with-out Probable cause or any Evidence, And giving way to Liability. Under the Pinkerton Rule Statute this Liability is immediately givin to the injured plaintiff by way of Retro-Active compensation immediately upon Receiving Such greivance complaint and Federal claims for Redress herein this Matter and with-out Rebuttal or furtherence of unlawful obstruction of justice, which would continuously harass and injure the Plaintiff with unnumberal court fee's and Attorney fee's. THe defendant's Negligence in this matter was egregious incompetence causing the amount due under plaintiff united states constitutional Right's, THe state of New york Constitutional Right's deliberately Violating his civil Right from these named defendant's herein stated in this here 1983, 1985, 1986, 2000(E) complaint.

# Statement of Facts

① On March 20, 2005 The N.Y.P.D. Detectives from Manhattan North precinct M. Dominguez, L. Ramos, K. Johnson and Esq. violently attacked me on Amsterdam Ave. by way of punching, kicking and hitting with police Radio while i was on the growned and then unlawfully putting handcuff on me with-out showing a badge and then strip searching me on a public street with-out probable cause or concent. And then placing me with two (2) other people.

② Thereafter with-out concent unlawfully transporting me to manhattan North precinct holding cell as i over herd some of the other detectives arguing about me not commiting no crime. M. Dominguez did not stop threatening me. And tride to bribe me with money if I would work for them by taking money and buying drugs and snitching. But i Refuse and M. Dominguez threatened me that if i did not work for them that i would be going to Jail for a very long time, with-out probable cause.

(4)

③ Thereafter the detectives unlawfully transported me to central Booking, where i awaited my 180-8C Grand jury proceeding, on that date i was not indicted. It was weeks later i found out i was indicted for criminal sale of a controlled substance.

④ Thereafter is when i Received such court Appointed Attorney Mr. Levenson who's office is at 225 Broadwa Manhattan. N.Y. 10007. who from the begining started threatening me to cop-out to the two (2) years of unlawfi imprisonment for something i did not do.

⑤ As the month's continued the conflict of interest between Mr. Levenson and myself became so intense that i began to write urgent grievances. First to the trial judge who deliberately ignored them, Then to the Bar Association, The Southern District court house. who dismissed my Federal claims against these named defendant's herein this Re-in-try claim here in this federal court by Honable judge Ms. Wood. who went on to proclaim that if i was going to Reinter my Federal clair i must Return with a Reversal for the defendants not having probable cause for their Arrest.

⑤

⑥ As of April 10, 2014 my criminal case was also Relinquished by the defendant's the District Attorney's office and also Dismissed as of August 5, 2014 all in the plaintiff favor with-out prejudice in a Manhattan court under the Law for the defendant's not having probable cause ten (10) years ago, Also amounting to Retro-Active compensation immediately upon Receiving this Federal civil Rights claim. Also with-out any other obstruction of justice or Rebuttal under the pinkerton Rule

⑦ Back to the matter at hand? The plaintiff grievance was before his trial to Remove mr. Levenson off my criminanal case start to begin, because of the defendant's and Mr. ~~Constitu~~ Levenson conspiring together. But this judge deliberately pre-judged me when he ignored the plaintiff grievance about mr Levenson ineffictiveness as his attorney causing plaintiff to lose trial and have him Sentence to Six (6) years of unlawful imprisonment.

(6)

(8) Thereafter the defendant's unlawful scheme hit it's mature. Limit of force deliberately causing him to be Subjected to continuous assaults and Batterys, involuntary Servitude by way of Malicious prosecution from their unlawful Kidnaping and sentence of Six (6) years with-out probable cause and unjust imprisonment.

(9) Thereafter at plaintiff criminal trial hearings the judge clearly stated to the prosecution that at the time of the Plaintiff Arrest the N.Y.P.D. detectives M. Dominguez, L. Ramos, K. Johnson and Esq. did not have any Such Probable cause to arrest the plaintiff, which did deliberately Violated all of his civil Rights under the united states constitution and the state of New york constitution Rights, deliberately Violating his Equal protected Rights and making the defendants Liable for Retro-Active compensation immediately upon Receiving plaintiff Federal claim against them as the Federal Laws pro-claim.

(7)

(10) THe mapp hearing & judge has given the defendant's prior Knowlege in which to discontinue it's malicious misconducts and ~~garanteed~~ guarantee that they would not have any Rebuttal in this civil suit after plaintiff have fully completed his unlawful sentence of six(6) years of unlawful imprisonment.

(11) Therefore the plaintiff has Refiled this civil Rights complaint, and Filed his timely Notice of intent in the amount of $100,000,000.00 Dollars in U.S. currency and is demanding six (6) million dollars a year for each year in which plaintiff was unlawfully sentence to, and such additional seven (7) million dollars for Emotional pain and Suffering, Also Attorney Fees and all other court Fees, Such permanent injuction, Legal counsisal if so Needed immediately in a Summary judgement in the amount stated Retro-Actively stated in compensation.

Also with-out any obstruction of justice or harassment civilly in any court against the plaintiff under Jim Crow Laws to further it's conspiracy from these defendant's herein stated in this civil Rights claim of Racial discrimination, Malicious prosecution, Emotional pain and suffering from March 20, 2005 thorough-out April 2016.

Dear Hon. judge Ms. wood as i write this Note and end my complaint against the named defendant's herein stated I would Like to think you for this opportunity to educate myself Legally a Little to prove myself to be Justified after ten (10) years of cruel and unusual punishment by the defendants and for their mayhem to end against me give me my just due in monetary and punitive damages from these named defendant's in a Summary judgement that is demanded herein this civil Rights claim.
Also peace, Love, mercy! To you.

## Condence Foot Notes Enclosed

① Exhibits

A) Immediately Returned to Hon. Judge Ms. Wood,

B) Conspiracy to Violently and unlawfully Assault and Batter, Malicious prosecution, unlawful imprisonment for Six years with-out any probable cause in 3-20-05 thorough-out 4-10-14,

C) Kidnaping unlawfully by the Defendant's for Six years with-out probable cause, The Manhattan District Attorney's office

D) The Defendant's using Fictisous Names at plaintrff trial deliberately violating his Six Amendment Rights and all of his civil Rights under the united states constitution, under his state of New York constitutional Rights in violation of his Equal Rights as a citizen of that state of New York,

E) Copy of the Appeals court Ruling of such Reversal dated April 10, 2014, The District Atterneys dismissal favorable to the plaintiff Troy Blanding of all their unlawful misconducts as of August 5, 2014 with-out prejudice

D. Facts:

- What happened to you?
- Who did what?
- Was anyone else involved?
- Who else saw what happened?

III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Mental Health Post-Traumatic-stress, Acute depression, schizo-effectiveness Disorder's, Panic attacks, And by way of Assault and Battery False Arrest and Malicious prosecution

IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

 No X

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). ~~None~~

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____   No _X_   Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____   No _X_   Do Not Know ____

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____   No _X_

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____   No _X_

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? _____

1. Which claim(s) in this complaint did you grieve? Tampering with prisoners Legal mail

2. What was the result, if any? out of court settlement

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. Won a civil claim against the named person of the Department of Correctional Service.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: _____

2. If you did not file a grievance but informed any officials of your claim, state who you informed,

Rev. 05/2010                    4

when and how, and their response, if any: Southern District court of New York, N.Y.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. Paintiff crimianl case was Revesed on direct Appeal on April 10, 2014 and Dismissed in plaintiff favor on August 5, 2014.

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). Such mediator for Summary judgement Proceedings, six (6) million Dollars a year for each year in which plaintiff was unlawfully sentence to and a additional Seven (7) million Dollars for the defendants unlawful Arrest and malicious prosecution that was shattering and Humiliation in three amount of $43 Forty three million Dollars in U.S. currency immediately upon Receiving plaintiff Federal claim, And Retro-Active compensation, with-out any Rebuttal or obstruction of Justice in this civil matter and immediate injunction that can be Renewable that these defendants are unable to Repeat their action or harassment of the Plaintiff in any court Proceeding, Civil counsal for this case if needed immediately and Payment with-in twenty Days after Receiving this Federal claim in the amount of $100,000,000.00 Hundred million Dollar that is stated.

VI. Previous lawsuits:

[On these claims] A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes X  No ___

Rev. 05/2010                                                      5

B.  If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.  Parties to the previous lawsuit:

Plaintiff _Troy Blanding_

Defendants _D.O.C., N.Y.P.D. Detectives, The City of N.Y., Manhattan District Attorney_

2.  Court (if federal court, name the district; if state court, name the county) _Manhattan N.Y._

3.  Docket or Index number _____

4.  Name of Judge assigned to your case _____

5.  Approximate date of filing lawsuit _____

6.  Is the case still pending? Yes ____ No _X_

    If NO, give the approximate date of disposition _____

7.  What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _won in plaintiff favor_

On other claims

C.  Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment? Yes _X_ No ____

D.  If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.  Parties to the previous lawsuit:

Plaintiff _Troy Blanding_

Defendants _N.Y.P.D. Detectives, The City of N.Y., Manhattan New York District Attorney_

2.  Court (if federal court, name the district; if state court, name the county) _Manhattan New York Southern District Court_

3.  Docket or Index number _____

4.  Name of Judge assigned to your case _Ms. Wood_

5.  Approximate date of filing lawsuit _2005_

6.  Is the case still pending? Yes ____ No _X_

    If NO, give the approximate date of disposition _Dismissed_

7.  What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _for Lack of concreat Evidence But can return if criminal case was Reversed on Direct Appeal_

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __6__ day of __April__, 20__16__

Signature of Plaintiff   _Troy Blanding,_

Inmate Number

Institution Address

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this __6__ day of __April__, 20__16__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

*Rev. 05/2010*                                    7