

Steven M. Raiser, Esq.
Thomas A. Kenniff, Esq.
Anthony J. Colleluori, Esq.
James M. Ingoglia, Esq.
E. Gordon Haesloop, Esq.
Bruce R. Connolly, Esq.
John F. Campbell, III, Esq.
Ethan D. Irwin, Esq.
Valerie K. Mitchell, Esq.

300 Old Country Road, Suite 351
Mineola, New York 11501
Tel. 516-742-7600 • Fax 516-742-7618

Of Counsel
Emily Shaw Record, Esq.
Laura A. Mintz, Esq.
Khadija A. Misuraca, Esq.
Alena Shautsova, Esq.
Edward Fregosi, Esq.
John Rivas, Esq.



April 17, 2017

VIA ECF

Honorable Valerie E. Caproni
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

Honorable Andrew J. Peck
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/2017

Re: *Troy Blanding v. M. Dominguez, et al.*
Docket No.: 16-cv-02594 (VEC) (AJP)

Dear Judge Caproni and Judge Peck:

We represent the Plaintiff, Troy Blanding, in this 42 USC 1983 action.

By Order (Docket Text 64) Judge Peck denied my request to be relieved as counsel and ordered that we inform Mr. Blanding that his case would be dismissed due to his continued failure to cooperate and appear for his deposition, scheduled for February 28, and April 5, 2017.

My April 10, 2017 status report to Judge Peck (attached) summarized our efforts to insure Mr. Blanding's cooperation.

On April 12, 2017, Mr. Blanding called me. I again informed him that his failure to appear at the office of the Corporation Counsel on April 5, 2017, was a further violation of a Court Order and would lead to dismissal. I then read Judge Peck's Order in its entirety to him and emphasized he had 14 days to file objections and that he had the right to retain a different attorney. Mr. Blanding did not provide me with a current address or phone number and hung up.

Manhattan Office
87 Walker Street
New York, New York 10013
212-274-0090

www.raiserkenniff.com

Suffolk Office
80 Orville Drive, Suite 100
Bohemia, New York 11716
631-338-5711

Hon. V. E. Caproni
Hon. A. J. Peck
Re: Blanding v. Dominguez, et al.
April 17, 2017
Page 2

My telephone call with Mr. Blanding, as my only communication is when he calls, complied with Judge Peck's Order to advise Mr. Blanding.

I also request permission for leave to file a motion to withdraw as counsel.

Respectfully submitted,

E. Gordon Haesloop, Esq.

EGH/cm
Enclosure

cc: Cherie N. Brown
    Assistant Corporation Counsel
    Special Federal Litigation Division
    New York City Law Department
    Via Email: chebrown@law.nyc.gov

```
WHEREAS this case was referred to Magistrate Judge Peck for general pretrial [Dkt.
6];
WHEREAS Plaintiff has failed to appear for his deposition and has missed multiple
Court deadlines;
WHEREAS Magistrate Judge Peck recommended to the Undersigned that this case be
dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute
and failure to obey Court orders [Dkt. 64];
WHEREAS Plaintiff did not object to Magistrate Judge's Report & Recommendation;
IT IS HEREBY ORDERED that this Court ADOPTS Magistrate Judge Peck's Report &
Recommendation.  There is no clear error in Magistrate Judge Peck's recommendation to
dismiss this case.  The Clerk of Court is respectfully directed to terminate any
existing motions and close this case.
     SO ORDERED.



     HON. VALERIE CAPRONI
     UNITED STATES DISTRICT JUDGE
     5/8/2017
```